05-CR-05407-ORD



Magistrate J. Kelly Arnold

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. CR 05-5407 ) |
| vs. | ) ▰▰▰▰▰▰▶ORDER TO ) CONTINUE TRIAL DATE |
| ALEXANDER P. KING, | ) |
| Defendants. | ) ) |

**PROPOSED ORDER**

The Court, having considered the parties' stipulation to continue the trial date and this court being fully advised in the premises; the court finds that failure to grant a continuance in this matter would deny the defense the reasonable time necessary for effective preparation taking into account the exercise of due diligence. The Court further finds the ends of justice served by granting such continuance outweighs the best interest of the public and the Defendant in a speedy trial. The court also finds the period of continuance shall be excluded in computing the

PROPOSED ORDER TO
CONTINUE TRIAL DATE

THE LAW OFFICES OF
**BAUER & BALERUD**
215 Tacoma Avenue South
Tacoma, Washington 98402
(253) 383-2000 or (360) 895-1500
FAX (253) 383-0154

period of time in which the trial of the above entitled case must commence; it is now, therefore,

ORDERED, ADJUDGED AND DECREED that the trial date is hereby continued and set for October 17, 2005.

DONE IN OPEN COURT this 12 DAY OF August, 2005.

_____
MAGISTRATE J. KELLY ARNOLD

PROPOSED ORDER TO
CONTINUE TRIAL DATE

THE LAW OFFICES OF
BAUER & BALERUD
215 Tacoma Avenue South
Tacoma, Washington 98402
(253) 383-2000 or (360) 895-1500
FAX (253) 383-0154